INEZ R. HARTLEY, Respondent, v. JAMES MYRON RINGER, Appellant. — Motion to vacate orders of dismissal granted, upon condition that the appellant file and serve the printed papers on appeal within five days,

pay the ten dollars imposed by order entered March 6, 1917, pay term fee for May term, and also pay ten dollars upon this motion.